IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES H. HUNTER,<br>Plaintiff,<br><br>V.<br><br>(1) DEUTSCHE LUFTHANSA AG,<br><br>(2) GLOBAL DEFENSE TECHNOLOGY & SYSTEMS, INC.,<br><br>(3) GLOBAL STRATEGIES GROUP HOLDINGS (UNITED KINGDOM) LIMITED,<br><br>(4) GLOBAL STRATEGIES GROUP HOLDING, S.A., A LUXEMBOURG CORPORATION,<br><br>(5) ETIHAD AIRWAYS P.J.S.C,<br><br>DEFENDANTS | Civ. Action No.   09-3166 (JD)(MJA)<br><br><br><br>**Rule 44.1 Notice** |

**Please Take Notice**, that Plaintiff intends to raise an issue of foreign law, to wit: Dubai, United Arab Emirates. This is predicated on the governing law in the Plaintiff's Employment Agreement with Global Strategies Group (Middle East) FTZE ( Exhibited to the amended complaint) being Dubai, UAE law. Plaintiff intends to ask the Court to consider relevant material to determine Dubai, UAE law in connection with causes arising under the Employment Agreement, including the petition of the Global Defendants herein to compel arbitration.

Dated: March 5, 2010

Thatcher A. Stone ( TS 5571)
Thatcher A. Stone, Esq
Counsel to Plaintiff James H. Hunter
6 East 45th Street, Suite 1801
New York, N.Y. 10017-2511
Phone: 646-873-7521
Fax: 646-873-7529
thatcher@thatcher-stone-legal.com

To: ALL COUNSEL & THE COURT
 VIA ECF