UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JAMES H. HUNTER,                          )
                                          )
                                          )
        Plaintiff,                        )
                                          )
vs.                                       )
                                          )
DEUTSCHE LUFTHANSA AG,                    )
GLOBAL DEFENSE TECHNOLOGY                 )      CIVIL ACTION NO. 09-3166(JD)(MJA)
& SYSTEMS, INC.,                          )
GLOBAL STRATEGIES GROUP                   )
(UNITED KINGDOM) LIMITED,                 )
GLOBAL STRATEGIES GROUP                   )
HOLDING, S.A., and                        )
ETIHAD AIRWAYS P.J.S.C.,                  )
                                          )
        Defendants.                       )
                                          )

## DECLARATION OF JOHN HILLEN

I, John Hillen, submit this Declaration pursuant to 28 U.S.C. § 1746.

1.      My name is John Hillen.  I am over the age of twenty-one, suffer no legal disability, and am competent to make this Declaration.  The statements made herein are true and correct, and are based on my personal knowledge.

2.      I am the President and Chief Executive Officer of Global Defense Technology & Systems, Inc. (GTEC or "the Company").  In addition, I serve as a Member of the Company's Board of Directors.

3.      I am also the Chief Executive Officer of one of GTEC's operating subsidiaries, Global Strategies Group (North America) Inc.

4.      I have been the CEO of Global Strategies Group (North America) Inc. since August 2008. I have been GTEC's President and CEO since it was incorporated on December 31, 2008.

5.      GTEC became a publicly-traded company on November 23, 2009; its shares are traded on the NASDAQ Global Market under the symbol GTEC.

6.      GTEC is a Delaware corporation.

7.      GTEC's principal place of business is located in McLean, Virginia 22102.

8.      GTEC has never maintained and does not maintain today any offices, representatives, agents, or phone numbers within New York. No director, employee, or other agent of the Company has ever been based or is based today in New York.

9.      GTEC has never maintained any bank accounts within New York and does not today maintain any bank accounts in New York. GTEC has no clients in New York and had not sold its products or services in that state.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 4th day of February 2010.

John Hillen