UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES H. HUNTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| DEUTSCHE LUFTHANSA AG, ) | CIVIL ACTION NO. 09-3166(JD)(MJA) |
| GLOBAL DEFENSE TECHNOLOGY ) | |
| & SYSTEMS, INC., ) | |
| GLOBAL STRATEGIES GROUP ) | |
| (UNITED KINGDOM) LIMITED, ) | |
| GLOBAL STRATEGIES GROUP ) | |
| HOLDING, S.A., and ) | |
| ETIHAD AIRWAYS P.J.S.C., ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF PAUL WHITE

I, Paul White, submit this Declaration pursuant to 28 U.S.C. § 1746.

1. My name is Paul White. I am over the age of twenty-one, suffer no legal disability, and am competent to make this Declaration. The statements made herein are true and correct, and are based on my personal knowledge.

2. I am the secretary of Global Strategies Group (United Kingdom) Limited (GGB or "the Company"). I have been GGB's secretary since February 29, 2008.

3. GGB is a private limited company under the United Kingdom's Companies Act of 1985. GGB was incorporated on August 6, 1998.

4. GGB's principal place of business is located in London, United Kingdom.

1

2

5. GGB has never maintained and does not maintain today any offices, representatives, agents, or phone numbers within the United States. No director, employee, or other agent of the Company has ever been based or is based today in the United States.

6. GGB does not today maintain, nor has it ever maintained, any bank accounts in the United States.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 5th day of February 2010.

*Paul White*
Paul White

2